①

Ⓦ

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke (Division)

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
MAY 15 2009
BY: JOHN F. CORCORAN, CLERK
         /s/ , DEPUTY CLERK

Michael Harris
M.F. Harris Research Inc
_____
Plaintiff

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
APR 25 2012
JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

Civil Action No. 7:09-CV-00182
                 5:12 CV00045

Jeffery Seto ETAL
Deep Blue Inc - Officers, Kevin Kendrick
_____  Matthew S Johnson,
Defendant                     Nancy Ferguson    Dr. Stephen
                                                Guthrie
                                                MD
                                                PhD

Complaint:

① Fraud / mail Fraud
② Violation Fiduciary Duties
③ Conflict of Intrest
④ Defrauding Investors of Q $30 million
⑤ Stealing Corporate Documents / Property
⑥ Obtaining moneys under False Pretenses
⑦ Violation of Confidentality Agreements

Western Dist of VA

(2) Complaint Cont.

(8) Keeping Medical Treatment From going Forward.

(9) Claiming Research Performed By my Company was Theirs.

(10) Libel Slander

(11) At Physical Threats

It is my opinion that this needs to be put if the Attention of a Federal Judge Because Fraud was Comitted + Prevented Medical Treatments from moving Forward and A Large Amount of money was ~~Fraudently~~ obtained under False Pretenses and Believe These Individuals will Continue unless Stopped

[signature]

5/15/09