CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
for Roanoke
SEP 2 1 2009
JOHN F. CORCORAN, CLERK
BY: K. Bauserman
DEPUTY CLERK

**Michael F Harris CEO**
**M.F. Harris Research**
**P.O. Box 689**
**Luray, Virginia 22835**
**USA**
**Telephone 001-919-740-6213**
**mfharris_13@msn.com**

*I request an extension on case # 7:09CV00182 due to not being able to find a valid service address on the defendants or contact information.*

*Respectfully,*

9/21/09

*Michael Harris CEO*

*M F Harris Research*

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**FEB 1 5 2011**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

|  |  |  |
|---|---|---|
| MICHAEL F. HARRIS, | ) | |
| M. F. HARRIS RESEARCH, INC. | ) | |
| | ) | Civil Action No. 7:09CV00182 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEFFREY K. SETO, ET AL | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendants. | ) | |

It appearing that on September 28, 2009, the court entered an order directing plaintiffs to file proof of service within 30 days or this action would be dismissed, and plaintiffs failed to comply with the court's order and the court dismissed the case without prejudice on December 9, 2009. More than one year later, on January 10, 2011, plaintiffs filed a motion to reopen the case indicating they had additional information as to defendants whereabouts to effect service. Though the court dismissed plaintiffs' original complaint because plaintiffs failed to arrange for service of process, the court notes that the original complaint also failed to contain a short and plain statement of plaintiffs' claims showing that plaintiffs were entitled to relief. Under the circumstances the court does not find reinstatement to be appropriate. However, plaintiffs may file a new complaint in compliance with Federal Rules of Civil Procedure and pay the required filing fee.

Accordingly, it is **ORDERED** and **ADJUDGED** that plaintiffs' motion is **DENIED** without prejudice to the filing of a new complaint that conforms to the Federal Rules of Civil Procedure.

**ENTER**: This February 14, 2011.

_____
UNITED STATES DISTRICT JUDGE

:: M.F. Harris Research

| Email:<br>mfharris_13@msn.com | Michael F. Harris, CEO | BOX 689<br>Luray, VA 22835 | |
|---|---|---|---|
| | | | Tel: 919-740-6213<br>Fax: 540-743-6838 |

May 2, 2007

**Chief Deputy Whip Eric Cantor**
4201 Dominion Blvd. Suite 110
Glen Allen, VA  23060
(804) 747-4073

C/O Susan Barney
   Bill Dolbow

Dear Congressman Cantor:

I thank you for your continued support of our research efforts. As you'll recall from our August 2005 House Appropriations request submitted through your office, our patent-pending treatment method has demonstrated the potential to revolutionize the current methods of treating diseases such as Leukemia and viral infections such as HIV. This method could also aid in the recovery of individuals infected with viral agents introduced through bio-terrorism.

First, a little background information is required. In late 2004, early 2005, I was traveling in Switzerland trying to secure additional funding and facilities to use in our Phase II clinical trials. During my absence, individuals on the MF Harris board of directors, led by our filing patent agent, Jeffrey K. Seto, made efforts to take control of my company. They attempted to execute contracts and sell the company's shares without executive authority to potentially illegitimate organizations.

This created delays in our research and the ability to obtain other much needed research funding. It is my belief that Jeffrey Seto and Nancy Ferguson practiced law within the company without a license, attempted to force me to sign bogus contracts and manipulated the minutes of the company's meetings for their financial benefit. These individuals were confronted and dismissed from the board in April 2005. Jeffrey K. Seto was revoked as our patent agent.

It seems that when these individuals were not successful in taking control of MF Harris Research, they decided the next best thing would be to "borrow" the trade secrets of my company and venture out on their own. Recently, one of our investors brought to my attention that these previous board members and medical consultants of MF Harris Research had formed a new company in the state of Nevada. In May of 2005, the company Deep Blue Inc (http://www.deepblueinc.com/) was founded on the same technology that MF Harris owns, claimed a patent-pending technology "invented" by a former MF Harris Research medical consultant, and was in fact selling shares, and advertising financial backing.

The directors listed on the State of Nevada filing documents are Kevin Kendrick, Matthew Johnson, a former Counter

# :: M.F. Harris Research

Intelligence agent with the Army, and the previously mentioned Nancy Ferguson. Jeffrey K. Seto, on behalf of Deep Blue, submitted their patent application (#11/208,402) on August 19, 2005, which was extremely similar to ours. The stated inventor listed on this patent was Dr. Stephen Guthrie, who was our Principal Medical Investigator in 2003. Their patent application is in a state of "non-final rejection" due to, among other things, conflicts with our patent application #10/660,429.

All the individuals listed above formerly had close ties to MF Harris Research, most were in fact former board members, medical consultants or investors. As such, they were privy to both scientific and financial information that they in turn used to slander MF Harris Research and lure investors into backing this newly formed corporation, Deep Blue, Inc.

We are very close to a potential and viable treatment that could help many people infected with life-threatening diseases go on to live symptom free. The actions of these individuals, motivated by personal financial gain, significantly delayed our research and cost MF Harris Research much time, expense and credibility in both the scientific and financial communities. Illegally acquiring company property, disseminating confidential information, violating Confidentiality Agreements and defaming of myself and the reputation of the company have been just a few of the tactics this group has used to defraud investors and prevent the success of MF Harris Research.

In June 2005 I had contacted Russell Bransford (ph. 804-261-1044), of the Virginia FBI to investigate our claims. Mr. Bransford worked with Detective Troy Thomas in Salem, Virginia. They attempted to regain possession of our company files and property that Jeffrey K. Seto took with him upon his dismissal as our patent attorney. Unfortunately, some of these files have not yet been recovered, and we received no further follow-up from the FBI. Additionally, we learned that Russell Bransford had retired, and upon his retirement he did not reassign the case.

I request that an inquiry be made by your office as to the FBI/SEC actions as soon as possible to prevent further fraud and flight of the individuals associated with Deep Blue, Inc. I have emails from investors in Deep Blue testifying to the fraudulent activities of these founders, and I have filed a complaint with the Nevada SOS agent Jackie Reese.

Documents and emails have been sent supporting these allegations. I appreciate your time, and hope that you will be able to offer us some assistance. I look forward to your comments.


Sincerely yours,


Michael Harris (electronic signature)

Michael F. Harris CEO

M.F. Harris Research

Detective Thomas, Have you any information on getting the company property back? If there is any information you require do not hesitate to contact me or Mr. Dugger, The FBI contact we have is Russell Bransford in the Richmond Virginia office, telephone 804-261-1044. I am concerned the un- warranted mail sent out without identification to various people associated with the company needs to be addressed, as there were few people that could have had possession or the knowledge to commit this. The other individuals I believed involved in this are Matthew Johnson a former Counter Intelligence agent with the Army and Nancy Ferguson an attorney who just passed the bar in Cary, North Carolina, all former board members of the company who attempted to execute contracts and selling the company's shares without authority to potentially illegitimate organizations that did not produce proper contracts that were approved by licensed attorneys and causing a delay in our research and other funding. Both Nancy Ferguson and Jeff Seto were law students at Chapel Hill, NC together and, in my opinion, imposed practicing law within the company without a license, attempting to force me to sign these contracts and manipulating the minutes of the company's meetings for their financial benefit. Other individuals that have attempted to exploit the company are Edwin Horsley of Bell Harbor NY, Charles Hill and Associates (Knoxville, TN), Kevin Kendrick, Dr. Stephen Guthrie MD, PhD (attempted to use our technology and signing a letter of intent with Stop Aids).  Stop Aids is an organization, I believed, started by Horsley, Seto, Johnson, Ferguson and others involved with these individuals to attempt license our technology and sell it to the Hill group with out authorization and circumvent and undermine our ongoing work to receive shares at a fraction of a price paid by other investors and take control of the company while I was working in Switzerland in December/ January 04-05. We are very close to a potential and viable treatment that could help many people and these individuals, motivated by the potential of great personal financial gain delayed the work and cost the company much time and expense and since have been removed.   Not returning company property, dissemination of confidential information, violation of Confidentially Agreements and defaming of myself and the reputation of the company have only been a few of the tactics this group has used  to prevent success of this project.  I look forward to hearing from you.

Sincerely yours,

Michael F Harris CEO
M.F. Harris Research
13910 Preacher Chapman Pl.
Centreville, Va. 20121
USA
Telephone 001-919-740-6213
International:
Kleinhuningerstrasse 177
CH-4057 Basel Switzerland
Office 01141616313013
Fax 011616313006
Switzerland Cell 01141788995463
Slovenia Cell 01138631657150

# Virginia Courts Case Information

Name List      Pleadings/Orders      Services      Main Menu      Logoff

Salem Circuit -Criminal Division
**Case Details**

| Case Number:<br>CR07000635-00 | Filed:<br>12/06/2007 | Commenced by:<br>Direct Indictment | Locality:<br>COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant:<br>SETO, JEFFREY KEAKEALANI | Sex:<br>Male | Race:<br>White Caucasian | DOB:<br>07/01/**** |
| Address:<br>SALEM, VA 24153 | | | |
| Charge:<br>OBTAIN PROPERTY FALSE PRETENSE | Code Section:<br>18.2-178 | Charge Type:<br>Felony | Class: |
| Offense Date:<br>10/04/2007 | Arrest Date:<br>02/21/2008 | | |

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/14/2007 | 9:00AM | Grand Jury | 1 | | | | True Bill/Arrested on Capias |
| 2 | 01/10/2008 | 8:30AM | Advise about Attorney | 1 | | | | Carried Over |
| 3 | 01/17/2008 | 8:30AM | Advise about Attorney | 1 | | | | Arrested on Capias |
| 4 | 01/23/2008 | 1:30PM | Advise about Attorney | 1 | | | | Granted |
| 5 | 02/21/2008 | 9:00AM | To Be Set | 1 | | | | Set for Trial |
| 6 | 03/05/2008 | 11:30AM | Motion/Other Pre-Trial | 1 | | | | Carried Over |
| 7 | 03/07/2008 | 9:30AM | Motion/Other Pre-Trial | 1 | | | | Carried Over |
| 8 | 03/12/2008 | 9:30AM | Trial | 1 | Not Guilty | 1 hour(s) 30 minutes | | Defense needs/changes Attorney |
| 9 | 03/13/2008 | 11:00AM | Motion/Other Pre-Trial | 1 | | | | Granted |
| 10 | 04/11/2008 | 11:00AM | Motion/Other Pre-Trial | 1 | | 30 minutes | | Withdrawn |
| 11 | 05/16/2008 | 10:30AM | Trial | 1 | Not Guilty | 1 hour(s) 30 minutes | | Under Advisement |
| 12 | 05/15/2009 | 2:00PM | Under Advisement | 1 | | | | |

### Final Disposition

| Disposition Code: | Disposition Date: | Concluded By: |
|---|---|---|
| Amended Charge: | Amended Code Section: | Amended Charge Type: |

| Jail/Penitentiary: | Concurrent/Consecutive: | Life/Death: |
|---|---|---|
| Sentence Time: | Sentence Suspended: | Operator License Suspension Time: |
| Fine Amount: | Costs:<br>$745.00 | Fines/Cost Paid:<br>Yes |
| Program Type: | Probation Type:<br>Supervised | Probation Time:<br>12 Month(s) |
| Probation Starts: | Court/DMV Surrender: | Driver Improvement Clinic: |
| Driving Restrictions: | Restriction Start Date: | Restriction End Date: |

| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: $0.00 |
|---|---|---|
| Military: | Traffic Fatality: | |

**Appealed Date:**

Name List    Pleadings/Orders    Services    Main Menu    Logoff

5/12/2009 10:45 PM

**August – 2007**
**Newsletter**

# M.F. Harris Research

*Michael Harris, President & CEO*

## Deep Blue, Inc. & Jeffrey Seto ....

I wanted to take this opportunity to update our investors on what has been going on during the past several months, and what we hope to accomplish moving forward in 2007-2008. As some of you remember, in late 2004, early 2005, I was traveling in Switzerland trying to secure additional funding and facilities to use in our Phase II clinical trials. During my absence, individuals on the MF Harris board of directors, led by our filing patent agent, Jeffrey K. Seto, made efforts to take control of the company. They attempted to execute contracts and sell the company's shares without executive authority to potentially illegitimate organizations.

This created delays in our research and the ability to obtain other much needed research funding. It is my belief that Jeffrey Seto and Nancy Ferguson practiced law within the company without a license, attempted to force me to sign bogus contracts and manipulated the minutes of the company's meetings for their financial benefit. These individuals were confronted and dismissed from the board in April 2005. Jeffrey K. Seto was revoked as our patent agent.

It seems that when these individuals were not successful in taking control of MF Harris Research, they decided the next best thing would be to "borrow" the trade secrets of the company and venture out on their own. Recently, one of our investors brought to my attention that these previous board members and medical consultants of MF Harris Research had formed a new company in the state of Nevada. In May of 2005, the company Deep Blue Inc (http://www.deepblueinc.com/) was founded on the same technology that MF Harris owns, claimed a patent-pending technology "invented" by a former MF Harris Research medical consultant, and was in fact selling shares, and advertising financial backing.

The directors listed on the State of Nevada filing documents are Kevin Kendrick, Matthew Johnson, a former Counter Intelligence agent with the Army, and the previously mentioned Nancy Ferguson. Jeffrey K. Seto, on behalf of Deep Blue, submitted their patent application (#11/208,402) on August 19, 2005, which was extremely similar to ours (focusing on trying to patent the hyperbaric chamber setup – i.e. the "system", more than the treatment "method"). The stated inventor listed on this patent was Dr. Stephen Guthrie, who was our Principal Medical Investigator in 2003. Their patent application is in the process of being reviewed after a state of "non-final rejection" due to, among other things, conflicts with our patent application #10/660,429.

All of these individuals formerly had close ties to MF Harris Research, most were in fact former board members, medical consultants or investors. As such, they were privy to both scientific and financial information that they in turn used to slander MF Harris Research and lure investors into backing this newly formed corporation, Deep Blue, Inc.

## M.F. Harris Research                    Page 2 of 4

# What are we doing about it ....



In January of this year, MF Harris Research formally revoked the power of attorney of Jeffrey K. Seto, and documents were filed with the US Patent Office appointing Rodney Sparks of Crozet, VA as our Patent Attorney moving forward. Rodney has been working with the US Patent Office to 'jump start' our patent application, paying any outstanding fees and filing the necessary forms and documentation. We hope to finally have our patent application approved by the end of 2007.

In May of this year, we submitted a letter to Chief Deputy Whip Eric Cantor (of VA), which told the story of Deep Blue's illegal practices, and asked for his help in working with the SEC and FBI to investigate these claims and take action against the individuals who attempted to steal our technology and defame our company.

We also got in contact with several individuals who had invested money into Deep Blue, Inc based upon their patent filing and fraudulent press releases. One of our contacts, a researcher who was cited on Deep Blue's website, put us in touch with a foundation that may have interest in helping fund our clinical trials – and have in fact recently signed an NDA with MF Harris Research.

Other individual investors of Deep Blue whom we have contacted, have offered up their assistance "to do whatever it takes", to bring the officers of Deep Blue, Inc. to justice.

In early August we met with legal council in Washington, DC to discuss pursuing action against the agents of Deep Blue, Inc. The question was raised; "Is it essential to the future success of MF Harris Research to raise and devote the necessary financial resources to pursue a lawsuit against Deep Blue and its principals now?"

As discussed with the law partners of Garvey, Schubert & Barer, "part of the answer to whether we must find the funds to sue now depends on when the statute of limitations expires on such claims. Another issue critical to determining whether litigation needs to be pursued at this time is whether, if granted, the Deep Blue patent application could be invoked to prevent MF Harris from developing and marketing the invention, and, assuming our pending patent application is granted, to prevent or restrict us from practicing or exploiting our patent, once it is allowed and issued. If the Deep Blue patent could be a significant impediment, then we need to consult with patent counsel about whether there exists formal procedural mechanisms to invalidate the Deep Blue application or patent before the Patent and Trademark Office."

Recent investigations by our patent attorney, Rodney Sparks, indicate that neither the MF Harris patent application nor the Deep Blue application currently infringes upon the other – and in his opinion, both applications are "patentable".

GSB partners went on to say; "at the same time, without reagard to whether or not the past and present conduct of Deep Blue and its principals pose a threat to the future success of MF Harris necessitating immediate pursuit of legal action, we think a primary focus should continue to be raising funds to complete Stage II clinical trials. We also think MF Harris needs to find a good CPA or tax lawyer that routinely practices before the IRS to advise us concerning the corporate tax cleanup work that may need to be done, and to develop and implement a strategy for getting this done in a timely and efficient manner."



**NEVADA SECRETARY OF STATE, SECURITIES DIVISION**

555 E. WASHINGTON AVE., SUITE 5200
LAS VEGAS, NV 891 01
TELEPHONE: (702) 486-2440

# QUESTIONNAIRE

The Securities Division will begin a preliminary investigation upon receipt of this form. All information you provide will be deemed confidential and neither the content nor the source of the questionnaire will be available for public inspection unless the Division institutes formal proceedings. *Please type or print all information requested.*

## Section 1: Personal Information Section

| | | |
|---|---|---|
| ☒ **Mr.** | **First Name:** Michael | **Social Security Number** |
| ☐ **Mrs.** | **Last Name:** Harris | 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 |
| ☐ **Ms.** | **Middle Name:** | |

| **Home Address:** | | **Business Address:** | |
|---|---|---|---|
| **Street:** | | **Street:** box 689 |
| **City:** | | **City:** Luray |
| **State:** | | **State:** Virginia |
| **Zip Code:** | | **Zip Code:** 22835 |
| **Telephone:** | | **Telephone:** 919-740-6213 |
| | | **Your Trade or Occupation:** CEO M.F Harris Research |

| | |
|---|---|
| **Your Date of Birth** | 3-13-63 |
| **Your Place of Birth** | Washington D.C. |

**Prior Investment Experience:**
*(attach additional sheets if needed)*

**Level of Education Completed:**
☐ High School
☐ Bachelor of Science/Arts
☐ Masters/MBA
☒ Doctorate Ph.D.
☐ Other

**Marital Status:**
☐ Married
☒ Single
☐ Widowed
☐ Divorced
☐ Other

## Section 2: Spouse Information Section

| **If married, spouse's name:** | **First Name** | |
|---|---|---|
| | **Last Name** | |
| | **Middle Name** | |

| Spouse's Trade or Occupation: | |
|---|---|

| Date of Birth: | |
|---|---|

**Prior Investment Experience:**
(attach additional sheets if needed)

**Level of Education Completed:**

- ☐ High School
- ☐ Bachelor of Science/Arts
- ☐ Masters/MBA
- ☐ Doctorate Ph.D.
- ☐ Other

**If spouse is an investor, should spouse be contacted?**
- ☐ Yes
- ☐ No

## Section 3: Information About Offeror/Promoter  Name all persons involved (if unknown please indicate)

### General Information:

| | |
|---|---|
| Name of Individual: | kevin kendrick |
| Firm/Company: | deep blue inc. |
| Doing Business As: | deep blue inc. |
| Address: | 8886 fort crestwood drive |
| City: | las vegas |
| State: | nv |
| Zip Code: | 89129 |
| Telephone Number(s): | |

### List all persons that were involved in this transaction

| | | | | |
|---|---|---|---|---|
| Last Name: | ferguson | | Last Name: | johnson |
| First Name: | nancy | | First Name: | matt |
| Middle Name: | | | Middle Name: | |
| Position: | secretary | | Position: | director |
| Telephone Number: | | | Telephone Number: | |
| Address: | 213 maryland circle | | Address: | 213 maryland circle |
| City: | cary | | City: | cary |
| State: | nc | | State: | nc |
| Zip Code: | 27153 | | Zip Code: | 27153 |

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Position: | |
| Telephone Number: | |
| Address: | |
| City: | |
| State: | |
| Zip Code: | |

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Position: | |
| Telephone Number: | |
| Address: | |
| City: | |
| State: | |
| Zip Code: | |

**Manner of Offering**

**Please check all that apply**

- ☐ Telephone Solicitation
- ☐ Personal Visit
- ☐ Newspaper
- ☐ Television
- ☐ Internet

- ☐ Radio
- ☐ Letter
- ☐ Advertising Pamphlet
- ☐ Group Sales Presentation
- ☐ Other (attach statement)

| Did you make an investment? | ☐ Yes ☐ No |
|---|---|
| How much did you invest? | |

| If you were solicited to invest, name the person who solicited you | | Person's address, if known | |
|---|---|---|---|

**List the name and address of the company, corporation or association that you invested in**

| Company Name: | | Company Name: | |
|---|---|---|---|
| Telephone Number: | | Telephone Number: | |
| Address: | | Address: | |
| City: | | City: | |
| State: | | State: | |
| Zip Code: | | Zip Code: | |

| Company Name: | | Company Name: | |
|---|---|---|---|
| Telephone Number: | | Telephone Number: | |
| Address: | | Address: | |
| City: | | City: | |
| State: | | State: | |
| Zip Code: | | Zip Code: | |

**List the type(s) of security you bought (stocks, bonds, mutual funds, etc.),**

**List all investments related to this complaint:**

| Date of Investment | Company | # of Shares or Units | $ Amount | Salesperson | Method of Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Where were you when the offer/sale was made?**

| Address: | |
|---|---|
| City: | |
| State: | |
| Zip Code: | |

**Where was the salesperson(s) that made the offer/sale to you?**
**If by telephone where did salesperson say he/she was calling from?**

| Address: | |
|---|---|
| City: | |
| State: | |
| Zip Code: | |

# Section 4: Information Concerning Your Investment:

| 1. | How/when did you first become aware of the investment? |
|---|---|

na

| 2. | **Was the investment recommended to you?** |
|----|---|
| | ☐ **Yes**   ☐ **No** |
| | **If Yes, who recommended it?** |
| | **Is this person an investor?**   ☐ **Yes**   ☐ **No** |
| | **Please list the person's address and telephone number below:** |
| | |
| 3. | **What were you told about how your money would be used? Who told you this?** |
| | |
| 4. | **What were you told about the RISKS of the investment? Who told you this?** |
| | |
| 5. | **Were you given a PROSPECTUS, NEWSLETTER, OFFERING CIRCULAR or ANY OTHER WRITTEN MATERIALS concerning you investment?** |
| | ☐ **Yes**   ☐ **No** |
| 6. | **Did you receive a confirmation of purchase?** |
| | ☐ **Yes**   ☐ **No** |
| | **What was the confirmation?** |
| 7. | **Have you made a written complaint to the broker/dealer and/or to the sale representative?** |
| | ☐ **Yes**   ☐ **No** |
| 8. | **If you now know of fraud, please explain the nature of the fraud & when did you discover the fraud.** |
| | |
| 9. | **How much money did you lose because of this investment?** |
| | na |
| 10. | **Do you know what bank account your money was deposited into? If so, please provide details** |
| | na |

| In filing this complaint, what results do you expect from the Nevada Securities Division? |
|---|
| |

## Section 5: Officiating Section

_____                    Date
Signature of Complainant

| IF THIS REPORT WAS **PREPARED BY SOMEONE OTHER THAN COMPLAINANT**, PLEASE INDICATE WHO PREPARED THIS REPORT |
|---|

_____                    Date
Signature of person completing report

| 11. | If the investment was cash, did you receive a receipt? |
|-----|---------------------------------------------------------|
|     | ☐ YES   ☒ NO |
| 12. | Did you make a report or complaint to any other government agency, or to an attorney? If so, please provide the available facts below or with an additional sheet |

yes, attny. alexander donaldson ,attny. malvern king
north carolina s.c.c. shawn pruitt; FBI  agent Bransford, Sherry Boone Richmond Virginia office.
REP. Price north carolina office.

*ARE YOU WILLING TO TESTIFY IN A COURT OF LAW REGARDING THIS CASE?*

☒ YES   ☐ NO

IN THE SPACE PROVIDED BELOW, PLEASE DESCRIBE THE REASONS WHY YOU ARE FILING A COMPLAINT AGAINST THE COMPANY AND/OR SALESPERSON. (Please feel free to attach additional pages.) Please attach a copy of any written materials (checks, contracts, advertisement, letters, etc.) that may to your investment. Please tell us the full story and begin with the date of first contact to present. Keep dates of events in sequence and include misrepresentations: (include full names of individuals, including all witnesses present during the transaction(s). Be factual. Try to answer the questions "who" "what" "where" and "when".

This space is limited to 3500 characters.

This was a letter sent to the athorities 6-23-05 but the company was Deep Blue that was in Question not Stop Aids.

The letter: Detective Thomas, Have you any information on getting the company property back?  If there is any information you require do not hesitate to contact me or Mr. Dugger, The FBI contact we have is Russell Bransford in the Richmond Virginia office, telephone 804-261-1044.  I am concerned the un- warranted mail sent out without identification to various people associated with the company needs to be addressed, as there were few people that could have had possession or the knowledge to commit this. The other individuals I believed involved in this are Matthew Johnson a former Counter Intelligence agent with the Army  and Nancy Ferguson an attorney who just passed the bar in Cary, North Carolina, all former board members of the company  who attempted to execute  contracts and selling the company's shares without authority to potentially illegitimate organizations that did not produce proper contracts that were approved by licensed attorneys and causing a delay in our research and other funding.  Both Nancy Ferguson and Jeff Seto were law students at Chapel Hill, NC together and, in my opinion, imposed practicing law within the company without a license, attempting to force me to sign these contracts and manipulating the minutes of the company's meetings for their financial benefit.  Other individuals that have attempted to exploit the company are Edwin Horsley of Bell Harbor NY, Charles Hill and Associates (Knoxville, TN), Kevin Kendrick, Dr. Stephen Guthrie MD, PhD (attempted to use our technology and signing a letter of intent with Stop Aids).   Stop Aids is an organization, I believed, started by Horsley, Seto, Johnson, Ferguson and others involved with these individuals to attempt license our technology and sell it to the Hill group with out authorization and circumvent and undermine our ongoing work to receive shares at a fraction of a price paid by other investors and take control of the company while I was working in Switzerland in December/ January 04-05. We are very close to a potential and viable treatment that could help many people and these individuals, motivated by the potential of great personal financial gain delayed the work and cost the company much time and expense and since have been removed.   Not returning company property, dissemination of confidential information, violation of Confidentially Agreements and defaming of  myself and the reputation of the company have only been a few of the tactics this group has used  to prevent success of this project.  I look forward to hearing from you.

Sincerely yours,

Michael F Harris CEO
M.F. Harris Research



# NASSAU HEALTH CARE CORPORATION
## NASSAU UNIVERSITY MEDICAL CENTER

2201 Hempstead Turnpike
East Meadow, New York 11554
(516) 572-0123

January 10, 2003

Michael F. Harris, Director/President/
Founder; NITRAIDS, Inc.
Durham, North Carolina

Dear Michael,

This declarative summary outlines my understanding of your project, my background so as to act as a participant in the study and my current position enabling me to do so. This letter is followed by my formal Curriculum Vitae and a short biographical paragraph.

At this time I am an Attending Surgeon at Nassau University Medical Center and serve there as the Director of the Wound Healing & Hyperbaric Medicine Unit in the Department of Surgery. As a plastic surgeon I became involved in Hyperbaric Medicine as part of the wound healing armamentarium ten years ago and have been practicing this discipline exclusively for four years. At the end of this month I am resigning my full-time position at Nassau University Medical Center to assume the same position in the Department of Surgery at Kingsbrook Jewish Medical Center in Brooklyn. I will continue to serve as a consultant to the Unit here at Nassau University Medical Center.

Kingsbrook Jewish Medical Center currently has monoplace hyperbaric chambers in its Unit but has acquired a ten-person multiplace chamber from the Air Force. This chamber will be re-commissioned in KJMC's main hospital within the next few months, will be operational in 2003, and will serve as the facility in which the study patients will be treated. The study has the support of the hospital's administration and by the end of this month its IRB will have formally approved the protocol and study consent.

It is my personal and professional opinion that the study has sound scientific validity based on the animal studies and the Phase I results. I also believe the study has the potential for significant clinical importance and that it should (and will) be performed. I welcome the opportunity to participate in this effort.

Sincerely,

S.D. Guthrie, M.D., Ph.D
Director; Wound Healing & Hyperbaric Medicine Unit

1



**MISSION STATEMENT:**

To develop and bring to market innovative technologies for the national and international medical community that will positively impact those who have been infected with viral diseases and introduce cost effective medical solutions for improving the quality of life of their patients.

**ABOUT DEEP BLUE:**

Deep Blue, Inc. is an organization that is bringing to market a *patent-pending treatment,*

*>(Application Number 11/208,402), for HIV/AIDS and other viral infectious diseases.* Deep Blue's protocols and technology have been in development for over 9 years. In April 2005, Deep Blue Inc. was granted the only FDA Non-significant Risk Status for the treatment of AIDS and Hepatitis C using class "A" medical devices.The FDA Stage-II single-site study has been approved to conduct human trials and is scheduled to be completed by January 30, 2007. Deep Blue, Inc. will complete their multi-site trials at several leading research hospitals in the first quarter of 2007.



All investor inquiries should be directed via email to investorrelations@deepblueinc.com

<u>**COMPANY NEWS AND PRESS RELEASES**</u>

11/21/2006 - Deep Blue Announces Management Decision (A symbol and cusip number change.)
11/20/2006 - Deep Blue, Inc. Explains Equity Investment
11/17/2006 - Deep Blue, Inc. Orders NOBO List (..and OBO list.)
11/16/2006 - Deep Blue, Inc. Receives Letter of Interest for Initial Funding
10/31/2006 - Deep Blue, Inc. Reveals North American Market Potential

```
                    Share Structure

         Authorized:  500,000,000
        Outstanding:  172,593,852
         Restricted:  100,000,000


              Float:   72,000,000
  In Certificate Form:   35,000,000
  Free Trading Shares:   32,593,852


              Short:   -6,000,000
```



LSE and PLUS quotes are live. NYSE and AMEX quotes are delayed by at least 20 minutes.
All other quotes are delayed by at least 15 minutes unless otherwise stated.

| Go to Post # or date | Go | Surveys | | Previous 50  Next 50 |
|---|---|---|---|---|
| **Post** | **Subject** | | **Posted By** | **Time** |
| #1498 | im sorry i dont. | | moose-slo | 1/16/2009 6:17:57 PM |
| #1497 | Do you know what ever happened to Johnson, | | asus | 1/15/2009 2:15:26 PM |
| #1496 | Good for Michael Harris, I assume no more | | Arrow335 | 1/15/2009 2:04:00 PM |
| #1495 | I know Michael Harris personaly.If anyone stil has | | moose-slo | 1/14/2009 5:48:58 PM |
| #1494 | Sometimes good guys win.... | | curtg | 12/31/2008 5:25:05 PM |
| #1493 | Nice work. | | asus | 12/2/2008 5:32:14 PM |
| #1492 | We need 2009 predictions: | | curtg | 12/2/2008 4:46:16 PM |
| #1491 | Latest update... | | curtg | 12/2/2008 4:35:11 PM |
| #1490 | Rumor, Rumor, Rumor.... | | curtg | 10/10/2008 11:02:15 AM |
| #1489 | Well, there's my 2000-share dump. | | jhnvtjil | 10/9/2008 4:26:47 PM |
| #1488 | Bored..Bored...Bored... can't find zip on DPBL, Guthrie, or | | curtg | 9/24/2008 3:58:51 PM |
| #1487 | The webmaster never got paid and he would | | 67gt500 | 8/27/2008 2:36:58 PM |
| #1486 | Deepblueinc.com I just tried the website and it no | | curtg | 8/13/2008 12:10:16 PM |
| #1485 | Thanks but its really worthless unless I can | | curtg | 8/11/2008 3:02:51 PM |
| #1484 | Awesome due diligence! | | asus | 8/7/2008 10:06:12 AM |
| #1483 | What happens in Vegas I guess stays in | | curtg | 8/7/2008 8:37:48 AM |
| #1482 | Harris patent again, well it looks like the | | curtg | 8/6/2008 3:56:32 PM |
| #1481 | Harris Patent, | | curtg | 8/5/2008 8:01:26 PM |
| #1480 | Now I'm only Down -$7,500 keep em | | Arrow335 | 7/31/2008 5:16:46 PM |
| #1479 | Nevada Secretary of State office of investigation, securities division. | | curtg | 7/31/2008 3:04:11 PM |
| #1478 | http://investorshub.advfn.com/boards /read_msg.aspx?message_id=31120187 | | asus | 7/31/2008 2:47:53 PM |
| #1477 | I love your DD and persistence to find | | asus | 7/29/2008 7:12:00 PM |
| #1476 | David F. Hostelley.... well I found it almost | | curtg | 7/29/2008 4:52:25 PM |
| #1475 | Brigitte Wicks, initial DD finds that she is | | curtg | 7/29/2008 3:45:27 PM |
| #1474 | Richmond, VA Federal Bureau of Investigation phone number. | | curtg | 7/29/2008 3:06:34 PM |
| #1473 | Holy Crap!!!! | | curtg | 7/29/2008 3:01:10 PM |
| #1472 | Pressure might be getting to Johnson, Seto, Kendrick, | | curtg | 7/29/2008 10:27:05 AM |
| #1471 | LOL | | asus | 7/24/2008 5:17:28 PM |

| #1470 | Annual list submitted today in Nevada, still has | curtg | 7/24/2008 3:20:34 PM |
| #1469 | Thanks for the updates.. Ridiculous. | asus | 6/24/2008 2:17:23 PM |
| #1468 | Kendrick alive..... | curtg | 6/24/2008 2:07:40 PM |
| #1467 | I was nominating Petar Vucicevich of SLJB infamy | asus | 5/5/2008 6:04:19 PM |
| #1466 | Patent Abandoned, Seto failed to reply to an | millerm | 5/5/2008 1:20:41 PM |
| #1465 | Our buddy is in jail: http://investorshub.advfn.com/boards /profile.asp?User=50425 | asus | 4/15/2008 3:24:07 AM |
| #1463 | Michael Harris's patent, (you know the one who | curtg | 3/21/2008 9:19:09 AM |
| #1462 | Designed Altobaric Research Foundation | millerm | 3/18/2008 3:34:17 PM |
| #1461 | Designed Altobaric Technologies Inc. | millerm | 3/17/2008 1:35:25 PM |
| #1460 | Amendment submitted in Feb. not allowed because: | perkins | 3/14/2008 9:27:07 AM |
| #1459 | China doesn"t matter, patent amendment was not entered | perkins | 3/14/2008 9:20:06 AM |
| #1458 | Anyone in China in May? | millerm | 3/13/2008 4:03:49 PM |
| #1457 | Interesting. There's still a hearbeat... | asus | 2/18/2008 1:05:39 PM |
| #1456 | Jeffery Seto the DPBL patent attorney filed a | perkins | 2/18/2008 10:29:33 AM |
| #1455 | Asus, just plain common sense, only the webmaster | 67gt500 | 12/9/2007 7:43:41 PM |
| #1454 | Hey Asus, | 67gt500 | 12/9/2007 7:33:09 PM |
| #1453 | Yes we all got screwed... | 67gt500 | 12/9/2007 6:51:20 PM |
| #1452 | I guess Deep Blue died of AIDS. | jhnvtjll | 11/8/2007 5:19:05 AM |
| #1451 | www.deepblueinc.com That is hilarious! | curtg | 10/24/2007 10:41:21 AM |
| #1450 | LOL i guess every one got screwed including | 27tmaxx | 10/22/2007 6:08:34 PM |
| #1449 | It was a total scam...PR's claiming naked shorting... | 2manystucks | 10/12/2007 6:40:17 PM |
| #1448 | FWIW, I don"t think it was intended to | asus | 10/9/2007 4:52:38 PM |

**Go to Post # or date**          Go          <u>Surveys</u>                                                    <u>Previous 50</u>  **Next 50**

**<u>Hearing Aid Reviews</u>**
Review Different Hearing Aid Brands Free PDF Download - Hearing Aids
www.HearingPlanet.com/Hearing-Aids

Ads by Google

|  | **Subjects** | **Search** | <u>Advanced Search</u> | <u>Browse By Category</u> |

© 2009 InvestorsHub.Com, Inc.
<u>About Us</u>  <u>User Agreement</u>  <u>Contact Us</u>  <u>Handbook</u>  <u>FAQ</u>  <u>Advertising</u>  <u>ADVFN</u>  <u>SiliconInvestor</u>      You are <u>Guest</u> on WEB3

Search all of BusinessWeek.com:   enter a keyword or company                    SEARCH

# BusinessWeek

Companies Home    Sectors & Industries    Industry News    Learning Center    People Overview    Mobile Application

# Deep Blue Inc. (DPBL:OTC)

December 12, 2008 4:50 PM ET

DPBL On Other Exchanges

Snapshot    News    Financials    People    Transactions

| | | | |
|---|---|---|---|
| MARKET CAP | 43.6K | TOTAL REVENUE | 21.0M |
| EBITDA | 2.3M | DILUTED EPS TTM | -- |
| P/E | -- | P/S | -- |
| RETURN ON ASSET | -11.68 | RETURN ON EQUITY | -99.85 |

K = Thousands  M = Millions  B = Billions

**DPBL DETAILS**

Deep Blue, Inc. produces and markets pharmaceuticals focusing on the treatment of viral infections. The company's products find applications in the treatment of Hepatitis C and HIV/AIDS. Additionally, it offers anti viral therapy research and development services. The company caters to private doctors, healthcare centers, and medical institutions. Deep Blue is headquartered in Franklin, Tennessee.
Detailed DPBL Company Description...

**www.deepblueinc.com**

**227 Employees**

**DPBL TOP COMPENSATED OFFICERS**

☐    No compensation data is available at this time
☐ ☐ ☐    for the top officers at this company.

Executives, Board Directors

**CORPORATE SPONSORED CONTENT**

Learn more about adding video to your company profile...

**STOCK QUOTES**

Stock, Fund, or ETF    Go    Company Lookup

**DPBL COMPETITORS**

| Company | Last | Change |
|---|---|---|
| No competitor information is available for DPBL. | | |

View Industry Companies
Market data is delayed at least 20 minutes.

**INDUSTRY ANALYSIS**

| Valuation | DPBL | Industry Range |
|---|---|---|
| Price/Earnings | -- | Not Meaningful |
| Price/Sales | -- | Not Meaningful |
| Price/Book | -- | Not Meaningful |
| Price/Cash Flow | NM | Not Meaningful |
| TEV/Sales | NM | Not Meaningful |
| | | DPBL |

View Detailed DPBL Financials

**DPBL TRANSACTIONS**

JS 44 (Rev. 12/07)

7.09-CV-00182

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Michael F. Harris
McHarris Research Inc.

## DEFENDANTS
Jeffery K Seto ETAL
Deep Blue Inc. (SETO)

**(b)** County of Residence of First Listed Plaintiff  Hanover Co
VA Address                                                    NC
(EXCEPT IN U.S. PLAINTIFF CASES)

1291 Stony Man Road
Luray, VA 22835   cell # 919-740-6243

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | PERSONAL PROPERTY | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | IMMIGRATION | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Fraud, Violation Fiduciary Duties, Contract of Interest

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Dougherty
DOCKET NUMBER CR07002635-00

DATE 5/15/09

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 22541   AMOUNT 350.00   APPLYING IFP ___   JUDGE Wilson   MAG. JUDGE ___

I Feel A Temporary Restraining

is needed Due to Flight Risk
Since a Court Date is Scheduled Today
At 2pm At Salem Circuit Court
for Jeffery Seto It Would
Be the only opportunity to
Retain this Person

5/15/09

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAY 1 5 2009

JOHN F. CORCORAN, CLERK
BY: _____ DEPUTY CLERK

7:09-CV-00182

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
for Roanoke
FILED

SEP 21 2009

JOHN F. CORCORAN, CLERK
BY: K. Bauseman
DEPUTY CLERK

**Michael F Harris CEO**
**M.F. Harris Research**
**P.O. Box 689**
**Luray, Virginia 22835**
**USA**
**Telephone 001-919-740-6213**
**mfharris_13@msn.com**

*I request an extension on case # 7:09CV00182 due to not being able to find a valid service address on the defendants or contact information.*

*Respectfully,*

*Michael Harris CEO*    9/21/09

*M F Harris Research*

U.S. District Court

Western District of Virginia
(Roanoke)
Civil Docket for Case #
7:09-CV-00182

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 10 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Harris Vs Seto et al

Plaintiff: Michael F Harris
MF Harris Research Inc.

Defendants:
Vs: Jeffrey Seto
Deep Blue Inc
Kevin Kendrick
officer
Matthew S. Johnson
Nancy Ferguson
Stephen Guthrie M.D.

Motion to Re Open Case 'Reasons'
① Addition Information
② Information found on Defendants Where Abouts

1/10/11

# Deep Blue, Inc. Explains Funding Progress

Deep Blue, Inc. (PINKSHEETS: DPBL) explains funding progress.

Deep Blue, Inc. is currently in the mid to final stages of negotiations with three separate funding sources. All of the funding sources have requested anonymity and Deep Blue, Inc. will honor that request. All three entities are also requesting an equity, not debt, position within the company. Deep Blue, Inc. is amenable to that condition and will welcome their teams into our family when negotiations are concluded. Deep Blue, Inc., at its sole discretion may elect to take all three sources or any combination of funding sources based on what is best for the company.

Deep Blue, Inc.'s CEO, Matthew Johnson and President, Kevin Kendrick issued a joint statement: "Deep Blue, Inc. will retain control of the company regardless of the funding source or sources and do so with minimal, if any shareholder dilution; however, it is the philosophy of this board to surround ourselves with world class people, and the personnel that we are partnering with are powerhouses in the fields of business, technology, research and development, law, advertising and marketing and health care. Building this kind of quality takes an inordinate amount of time. To ensure the well-being of those with whom we will treat with our medical technologies, both current and future, it is vital that we lay a very solid foundation before moving forward. We appreciate everyone's patience. It has, and continues to be a long and complicated process. We are continuing forward."

Deep Blue, Inc. (www.deepblueinc.com) is bringing to market an innovative patent-pending treatment, (Application Number 11/208,402), for HIV /AIDS and other viral infectious diseases.

Pages: 1      Cost:  0.08

Sometimes good guys win....

Michael Harris got his patent for the hyperbaric HIV treatment from the yesterday. Congrats to him.......

I hope Stephen Guthrie burns and goes away permanently, the fact that he started Designed Altobaric Tech, and is working with Fred Cramer is criminal claiming to pursue the Harris          .......

Deep Blue will return probably trying to rip off the technology of someone else hopefully this time they will be caught..... They are definitely out of the hyperbaric          .......

The main problem for Kendrick, Johnson, and Ferguson is that they are idiots (my opinion) with no real talent of their own especially Johnson, his only claim to fame is going to school with Harris otherwise in my opinion he is a bonehead, at least Kendrick has another company and I am not sure but Ferguson might have another career. Deep blue really needs to reverse split the shares 500,000,000 is a joke they need to do a 100 for 1 split and get the share amount down, otherwise its just a joke and still cannot understand why they kept the corporation going in Nevada, I don't see anything to justify the purpose. The only think I can think of is whoever originally had shares in the AID Auto Stores that went bankrupt in 1999 still holds a significant amount of shares and might be pushing Kendrick to do something to keep          ......

Oh yea someone bought $77.50 in stock two days ago after I took my annual loss, I am fairly positive it was a                    that searches for pink sheet volume change and automatically buys to anticipate any new movement, I suspect nothing will happen but it will be interesting if they keep the Deep Blue corp going come July 2009... Happy new year

Guide to New Interface    Directories

ACCESSING CAPITAL GOT YOU PUZZLED?



STOCK LOANS | BLOCK TRADES | SHORT TERM & BRIDGE LOANS     FIND OUT MORE >

All Markets    OTCQX    OTCQB    OTCBB    Pink Sheets    Grey Market    Products & Info For:    Traders & Brokers    Companies & Advisors

Home    Market Activity    News & Financials    Company Directory    Learn

Get Quote   Find Company Information
Enter Symbol/Company Name    GO    Sponsored By

Pink Sheets Totals    5,915    $6,842,828    1,356,315    6
Securities    Dollar Volume    Share Volume    Trades

You are in Pink Sheets   Current Market   DPBL   Company Info

| | | | |
|---|---|---|---|
| | Cart Clearing | $7 Online Stock Trades | World Trade Financial |

Current Market

Closing Summary      Quote      Charts      Company Info      News      Financials      Short Sales      Insiders      Research

Market Maker Data

Short Sale Data      **Deep Blue, Inc.  DPBL**

Reg SHO Data      Pink Sheets No Information / Common Stock

Corporate Actions      0.0006          Real-Time OTCBBO 0.0006 x 0.0013 (1 x 1)   Trade Time Jan 7, 2011   Why is size value always

1?

**Contact Info**          **Business Description**
8370 West Cheyenne Ave.
Suite 109-204
Las Vegas, NV, 89129

Website:
Email

**Financial Reporting/Disclosure**          **DPBL Security Details**
Reporting Status        Dark
Audited Financials      Not Available          **Share Structure**
Latest Report                                 Market Value$^1$    $103,556    a/o Jan 07, 2011
CIK                     0000937599            Shares Outstanding  172,593,856    a/o Dec 08, 2006
Fiscal Year End                               Float               N/A
OTC Market Tier         Pink Sheets No Information    Authorized Shares   N/A
                                              Par Value           0.001
**Profile Data**
SIC - Industry Classification                 **Shareholders**
Incorporated In:        NV, USA               Shareholders of Record                 N/A
Year of Inc.                                  Beneficial Shareholders                N/A
Employees               a/o
                                              **Corporate Actions**
**Company Officers**                          Ex. Date        Record Date        Pay Date
Matt Johnson            CEO
Kevin Kendrick          President             **Security Notes**
                                              • Capital Change=sns decreased by 1 for 800 split. Effective
**Company Directors**

**Best Stock Pick for 2011** Don't Miss our Next Alert Join Now. #1 Stock Alert Service

**130,000 Stock Followers** Numbers Speak For Themselves Winning Stock Alerts, Free Alerts

**5 Dividend Stock Picks** Free Special Report on 5 hot Dividend Stocks You Should Own Now!

Ads by Google

### Pink Sheets: Deep Blue Inc. (DPBL) news stock charts

Enter your email@address here to get our next hot stock pick

**subscribe**    DPBL stock performance?

### Deep Blue Inc. (DPBL/DPBL.PK) Penny Investment Summary:

Deep Blue, Inc. produces and markets pharmaceuticals focusing on the treatment of viral infections. The company's products find applications in the treatment of Hepatitis C and HIV/AIDS. Additionally, it offers anti viral therapy research and development services. The company caters to private doctors, healthcare centers, and medical institutions. Deep Blue is headquartered in Franklin, Tennessee.

www.deepblueinc.com       **227** Employees
Last Reported Date: 04/16/98

#### DEEP BLUE INC (DPBL:OTC US)

**LAST**              **USD**
**CHANGE TODAY**
**VOLUME**
As of 8:10 PM 01/7/11 All times are local (Market data is delayed by at least 15 minutes).

#### Snapshot Of DEEP BLUE INC (DPBL)

| | |
|---|---|
| **OPEN** | **PREVIOUS CLOSE** |
| **DAY HIGH** | **DAY LOW** |
| **52 WEEK HIGH** | **52 WEEK LOW** |
| **MARKET CAP** | **AVERAGE VOLUME** 10 D |
| **EPS TTM** | **SHARES OUTSTANDING** |
| | **P/E TTM** |

K = Thousands   M = Millions   B = Billions

### Key Developments For DEEP BLUE INC (DPBL)

#### SEC Revokes Registration Of Deep Blue

Securities and Exchange Commission (SEC) announced that the registration of the registered securities of Deep Blue Inc. has been revoked. The firm had repeatedly failed to file required annual and quarterly reports with SEC. Thus, the firm violated a crucial provision of the federal securities laws that requires public corporations to publicly disclose current, accurate financial information so that investors may make informed decisions. The revocation was ordered in an administrative proceeding before an administrative law judge.

#### SEC Orders Hearing On Registration Revocation Against Aid Auto Stores

On July 16, the Securities and Exchange Commission (SEC) instituted public administrative proceedings to determine whether to revoke or suspend for a period not exceeding twelve months the registration of each class of the securities of Aid Auto Stores, Inc. for failure to make required periodic filings with the Commission. In this Order, the Division of Enforcement alleges that the company is delinquent in its required periodic filings with the Commission. In this proceeding, instituted pursuant to Exchange Act Section 12(j), a hearing will be scheduled before an Administrative Law Judge. At the hearing, the Administrative Law Judge will hear evidence from the Division and the company to determine whether the allegations of the Division contained in the Order, which the Division alleges constitute failures to comply with Exchange Act Section 13(a) and Rules 13a-1 and 13a-13 there-under, are true. The Administrative Law Judge in the proceeding will then determine whether the registrations pursuant to Exchange Act Section 12 of each class of the securities of the company should be revoked or suspended for a period not exceeding twelve months. The Commission ordered that the Administrative Law Judge in this proceeding issue an initial decision not later than 120 days from the date of service of the order instituting proceedings.

**Pink Sheets: More Recent Financial News About Deep Blue Inc.**

---

**Deep Blue Inc. Financial Resources**

EMAIL THIS COMPANY TO OUR HEALPENN ES.COM DATABASE RATES (512) 814-8951



## DPBL
### Deep Blue Inc.

#### DPBL Competitors

**Company**    **Last**    **Change**
No competitor information is available for DPBL.
Market data is delayed at least 15 minutes.

#### Industry Analysis

| Valuation | DPBL | Industry Range |
|---|---|---|
| Price/Earnings | – | Not Meaningful |
| Price/Sales | – | Not Meaningful |
| Price/Book | – | Not Meaningful |
| Price/Cash Flow | NM | Not Meaningful |
| TEV/Sales | NM | Not Meaningful |
| | | DPBL |

#### DPBL Transactions

**Type**
**Date**    **Target**
No transactions in the last 6 months.

Written by
President & Founder of
, Reg. No. 44,294
Posted: September 15, 2010 @ 4:07 pm
Page viewed 7,147 times



ZIES
WIDERMAN
MALEK
ATTORNEYS AT LAW

Two years ago today the United States Patent and Trademark Office made effective a rule change that should have once and for all put an end to those who engage in the unauthorized practice of law in the patent and trademark field. Unfortunately, to date the Office of Enrollment and Discipline done nothing whatsoever to enforce *Rule 11.5*, and in fact I have been repeatedly told by sources that the USPTO is of the belief that they cannot prevent someone who is not registered from practicing either on the patent or the trademark side of the building. This is practically unbelievable. Rule 11.5 (b) was specifically intended to force initial contact between an applicant and an attorney and prevent a middleman or entity from collecting the work, interfacing with an inventor and then handing off to a registered practitioner. It also prevents those who are not registered from preparing any documents in contemplation of filing, but that is exactly what is happening. All one has to do is a basic Internet search or turn on XM radio or cable TV to see the many advertisements from non-registered individuals and entities. Something needs to be done.

Why have a rule that defines unauthorized practice of law if that rule can only be enforced against those who are authorized to practice law? The fact that the Patent Office is not stepping up to do something is particularly sad given that some, including one of the biggest actors — LegalZoom — openly advertises that they will prepare legal documents, review them and then file them with the

appropriate agencies for the customer. Sure sounds like the practice of law to me, and flaunting the Rule in a flagrant manner.

But surely LegalZoom can't be saying those things, right? Here is the relevant text of a LegalZoom commercial on XM radio from August 19, 2010, with emphasis added:

With LegalZoom it is easy to file copyrights, trademarks and even provisional patent applications. You'll save a bundle of money and hours of tedious work. Just go online and answer a simple questionnaire and <u>LegalZoom will file the required legal documents</u>.

A Legal Zoom page that explains the provisional patent application process says: "                We carefully review your answers for consistency." Legal Zoom says: "We create your Provisional Application for Patent ~~and~~ file it electronically with the U.S. Patent Office." With respect to trademark applications the Legal Zoom says: "We generate your trademark application. We electronically file your application with your approval." So they will carefully review what information you give them, prepare a provisional patent application of trademark application and then file it on your behalf. How is that not the practice of law? Incidentally, the aforementioned links are screenshots because in the past when I have written about LegalZoom they change their website, at least for a time. All screenshots were taken today, September 15, 2010.

It is disheartening to watch the Office of Enrollment and Discipline sit by and seemingly do nothing to police the industry and eradicate what in my opinion seems to be the unauthorized practice of law. I think it is absurd to argue that they do not have the authority to act, but assuming for a moment that the USPTO is correct and they do not have the authority to act, isn't it far past the time that such authority should be obtained, or at least sought? At the very least the USPTO could coordinate with the Federal Trade Commission or with the Congress to open up an investigation into what appears to be the unauthorized practice of law.

Notwithstanding, I thought it might be interesting to take a look at what the Office of Enrollment & Discipline has been up to since the start of 2010. To be perfectly honest, I was quite surprised by what I found. Not only is there not a single case involving Rule 11.5, but the overwhelming majority are related to reciprocal proceedings where discipline was already taken by a State and the USPTO is

taking appropriate matching action with respect to the practitioner. In fact, out of the 37 disciplinary proceedings this year 24 have been reciprocal proceedings, where the USPTO seems to hand out justice largely or solely based on justice being handed out by some State Bar authority.

The take home lessons from reviewing OED proceedings so far this year are these:

1. Don't get in trouble with your State Bar;
2. Definitely have a separate client trust account if you collect a retainer. Commingling funds is a sure way to get in trouble.
3. Don't bounce checks to the USPTO, but if you do quickly make good on the payment. It seems that bouncing checks is a red flag and leads OED to make inquiries, which lead in a few cases to the OED discovering commingling of funds.
4. Keep your clients in the loop and follow their instructions. If you don't it seems you are likely to get suspended, but have it stayed, which is curious.
5. Don't let cases go abandoned through your own actions, and if they do rectify the problem.
6. Keep a clean record. If you make a mistake that would otherwise get you in trouble but have a clean record, believable explanation and take remedial measures on your own you might be able to get away with a public reprimand.

After reviewing these cases I must admit that I am left scratching my head with respect to several matters; wondering whether the punishments when compared to one another are appropriate. For example, how is it possible that someone who didn't communicate with clients, is a repeat offender and filed applications outside the United States after nonpublication requests were filed and thereby resulted in US abandonments receives a 60 month suspension that is stayed (see          ),while at the same time someone who lied to her employer about her state bar status was suspended for 3 months. (see                ) I am not condoning misrepresenting things to your employer, particularly when swearing into the Bar is concerned, but it would seem to me that the greater disciplinary violation is the former, not the later, but the penalty suggests otherwise. I also don't understand how a patent examiner who was representing clients while a patent examiner escaped exclusion from practice (i.e., disbarment); he was also found to be engaged in unauthorized practice of law. (see             ). What could be worse than a patent examiner representing clients and also violating State UPL laws?

In any event, here is a summary of OED disciplinary proceedings so far in calendar year 2010.

1.      (January 8, 2010) – Reciprocal proceeding relating to State of Nebraska discipline. OUTCOME: Excluded from practice.

2.      (January 22, 2010) – Reciprocal proceeding relating to State of New York discipline. OUTCOME: Suspended for 3 years.

3.      (January 22, 2010) – Reciprocal proceeding relating to State of Colorado discipline. OUTCOME: Suspended for 6 months.

4.      (January 22, 2010) – Reciprocal proceeding relating to State of Texas discipline. OUTCOME: Excluded from practice.

5.      (February 4, 2010) – Reciprocal proceeding relating to State of California discipline. OUTCOME: Suspended for 1 year.

6.      (February 4, 2010) – Bounced checks to USPTO. Did not maintain a client trust account, but also only billed after work was completed. OUTCOME: Public reprimand.

7.      (February 18, 2010) – Trademark practitioner assigned work to non-licensed attorney and did not supervise; allowed non-attorney to sign papers. OUTCOME: Public reprimand.

8.      (February 18, 2010) – Reciprocal proceeding relating to State of Arizona discipline. OUTCOME: Public reprimand.

9.      (February 18, 2010) – Reciprocal proceeding relating to State of Illinois discipline. OUTCOME: Excluded from practice.

10.     (February 19, 2010) – Reciprocal proceeding relating to State of California discipline. OUTCOME: Suspended for 60 days.

11.     (February 19, 2010) – Reciprocal proceeding relating to State of Texas discipline. OUTCOME: Public reprimand.

12.     (March 4, 2010) – Worked with an invention promotion firm and accepted referrals. Found to have accepted payment for legal services from invention promotion firm without first receiving consent of the client. Found to have taken action on behalf of client without client's knowledge or being informed of such actions, and commingling client funds with law firm operating funds. OUTCOME: Suspended for 6 months (STAYED) and 24 months probation.

13.        (March 8, 2010) – Reciprocal proceeding relating to State of Texas discipline. OUTCOME: Excluded from practice.

14.        (March 31, 2010) – Reciprocal proceeding relating to State of Virginia discipline. OUTCOME: Suspended for 6 months.

15.        (April 9, 2010) – Knowingly mislead employer into believing she would be sworn into State of Illinois Bar on a date certain when she knew that not to be the case. OUTCOME: Suspended for 3 months.

16.        (May 25, 2010) – Failed to communicate with clients and filed nonpublication requests and then subsequently filed in foreign jurisdictions without notifying the USPTO, thus the applications went abandoned in the US.  OUTCOME: Suspended for 60 months (STAYED) and 60 months probation.

17.        (May 25, 2010) – Prepared two applications but never filed them.  Client requested additional applications be filed, which were never filed.  OUTCOME: Suspended for 24 months.

18.        ( June 3, 2010) – Reciprocal proceeding relating to State of Colorado discipline.  OUTCOME: Excluded from practice.

19.        (June 3, 2010) – Reciprocal proceeding relating to State of Virginia discipline.  OUTCOME: Public reprimand.

20.        (June 3, 2010) – Reciprocal proceeding relating to State of Michigan discipline.  OUTCOME: Public reprimand.

21.        (June 3, 2010) – Plead guilty to federal criminal complaint charging securities fraud and conspiracy to commit securities fraud.  OUTCOME: Voluntarily resigned, excluded from practice.

22.        (June 10, 2010) – Reciprocal proceeding relating to District of Columbia discipline.  OUTCOME: Excluded from practice.

23.        (June 10, 2010) – Engaged in conduct involving dishonesty, fraud, deceit or misrepresentation to clients by billing for work not performed and knowingly misleading clients by telling them applications had been filed when he knew that was untrue. OUTCOME: Suspended for 24 months.

24.        (June 10, 2010) – Reciprocal proceeding relating to State of New York discipline.  OUTCOME: Public reprimand.

25.        (June 11, 2010) – Reciprocal proceeding relating to State of Pennsylvania discipline. OUTCOME: Suspended for 5 years.

26.        (June 14, 2010) – Reciprocal proceeding relating to State of Virginia discipline. OUTCOME: Excluded from practice.

27.        (June 17, 2010) – Reciprocal proceeding relating to State of Washington. OUTCOME: Excluded from practice.

28.        (June 17, 2010) – Reciprocal proceeding relating to State of Texas discipline. OUTCOME: Suspended for 36 months.

29.        (July 1, 2010) – This is an initial decision. Robinson did not respond to the Complaint filed, which among other things charged him with bouncing a series of checks to the USPTO and never making good on the payments owed, resulting in patent applications going abandoned. OUTCOME: Excluded from practice.

30.        (July 6, 2010) – This is an initial decision. Weseman did not respond to the Complaint filed, which charged him with bouncing three checks to the USPTO and failing to make good on the fees owed after being informed by the USPTO of the returned checks. OUTCOME: Suspended for 120 days.

31.        (July 7, 2010) – Respondent did not maintain a separate client trust fund for holding unearned fees; bounced five checks, but upon being informed did make sufficient and appropriate payment to the USPTO. OUTCOME: Suspended for 24 months (STAYED) and probation for 24 months.

32.        (July 8, 2010) – Reciprocal proceeding relating to State of Oregon discipline. OUTCOME: Excluded from practice.

33.        ( July 21, 2010) – Respondent did not keep formal accounting records for his client trust account; paid PTO fees out of client trust account; checks bounced, but fees were paid. OUTCOME: Suspended 24 months (STAYED) and 24 months probation.

34.        (July 21, 2010) – Reciprocal proceeding relating to State of Florida and State of Virginia discipline. OUTCOME: Suspended for 36 months.

35. Jeffery Seto (August 2, 2010) – Respondent was a patent examiner, left the Patent Office and was rehired back to the Patent Office. Patent examiners are not allowed to represent clients, but he continued to represent clients on the side, preparing for their signature required

documents.  He was also engaging in the unauthorized practice of law in Virginia because he was not an attorney.  OUTCOME: Suspended for 60 months.

27tmaxx,

Designed Altobaric              Inc. went in default on May 1st
after not submitting the list of officers on 4-30-07. I believe this was
a last ditch effort by Michael Young, Stephen Guthrie, and Kevin
Kendrick to get something going. As far as I know Matt Johnson has
flown the coup, probably running from the FBI, and the SEC in my
opinion.

Deep Blue Inc. will be in default come Friday since their officer list
is due tomorrow. I would suspect the website will cease to operate
come Sept. 20th 2007 when the registration for
www.deepblueinc.com expires.

Someone must know a good lawyer for a good class action suit. The
big investment money people that WERE going to          in DPBL
have contacted Michael Harris of MF Harris research, along with Dr.
Leonard Makowka who Deep Blue pissed off by plastering his name
all over their website.

These losers I believe tried to steal all this              from Michael
Harris. In my opinion they have to be the biggest pinheads in the
world to think that they could get away with it. Criminal
masterminds they are not.....

If you don't believe me and want to correct any errors do you own
DD and contact them yourself:

Nancy and Warren Ferguson:
(919) 468-8349
213 Marilyn Cir, Cary, NC 27513
(they might be hosting a democratic party          raiser)

Jeffery Seto:

Jeff@Seto-Patents.com

406 Riverland Dr., Salem VA 24153
(540) 387-3072
(ask him if he went to school with Nancy and why he dumped
Michael Harris's          )

Kevin Kendrick:
728 20th Street
West Des Moines, IA 50265
Office: 515-556-2898
kkendrick@modifiedasphaltsolutions.com

Michael Young,
(216)-702-1468
(good luck getting a hold of him, and if you do, good luck getting
any information)

Deep Blue, Inc. (DPBL) Stock Trading Info: